UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALINE ROBINSON                                              CIVIL ACTION

VERSUS                                                      NO: 09-2063

FIDELITY NATIONAL INSURANCE                                 SECTION: "A" (3)
COMPANY

# ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to Defendant's **Motion for Summary Judgment (Rec. Doc. 19)**, set for hearing on March 3, 2010, has been submitted. Accordingly, this Motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that Defendant's **Motion for Summary Judgment (Rec. Doc. 19)** is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

This 18th day of March 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE